IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | |
|---|---|
| KELLY KATHRENS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 10-cv-02232 |
| THE UNIVERSITY OF ILLINOIS, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |
| Defendants. | ) |

## MOTION TO STRIKE

NOW COMES Defendant, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, incorrectly sued as THE UNIVERSITY OF ILLINOIS, by and through its attorneys, Thomas, Mamer & Haughey, LLP, pursuant to Federal Rule of Civil Procedure 12(f), hereby brings this MOTION TO STRIKE and states as follows:

1. Plaintiff has brought a multi-count complaint against the defendant seeking redress for alleged adverse employment actions.

2. Count I of the Complaint alleges that defendant engaged in sexual harassment against plaintiff, and created a hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended (hereinafter "Title VII".)

3. Count II of the Complaint alleges that the defendant discriminated against her on the basis of her gender in violation of Title VII.

4. In Count III of her complaint, plaintiff alleges the defendant engaged in an unlawful employment action by retaliating against her for enforcing rights secured to her by Title VII.

5. Plaintiff alleges defendant engaged in "willful, wanton, and malicious" conduct in violating her rights pursuant to Title VII. (Complaint, ¶¶ 25, 32 & 40.)  Further, those particular allegations also assert that defendant "acted with a reckless disregard of the Plaintiff's rights under the law." (Complaint, ¶¶ 25, 32 & 40.)  In the prayer for relief in for each count in the Complaint,

plaintiff requests judgment in her favor and against the defendant, and, *inter alia*, "punitive damages".  (Paragraph (F) in the Prayer for Relief of Counts I, II and III.)

6. Plaintiff is not allowed to recover punitive damages from the defendant, a governmental agency, pursuant to 42 U.S.C. § 1981a(b).

7. Paragraphs 25, 32 & 40 of plaintiff's complaint should be stricken, along with her requests for punitive damages that are contained in the prayers for relief in Counts I, II and III.

WHEREFORE, the Board of Trustees of the University of Illinois, defendant, prays that its MOTION TO STRIKE be granted, and that paragraphs 25, 32 & 40 of the Complaint be stricken, together with plaintiff's prayer for punitive damages in Counts I, II and III of the Complaint.

Respectfully submitted,
The Board of Trustees of the University of Illinois,
Defendant.
By: s/ William J. Brinkmann
William J. Brinkmann, Bar No. 0296252
Thomas, Mamer & Haughey, LLP
30 E. Main St.; PO Box 560
Champaign, IL  61824
(217) 351-1500
(217) 351-2169 fax

### DESIGNATION OF LEAD COUNSEL

Defendant hereby designates William J. Brinkmann as lead counsel in compliance with Rule 11.2.

### CERTIFICATE OF SERVICE

I hereby certify that on Dec. 15, 2010, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Philip Peak, Frederick & Hagle, Urbana, IL.

s/ **WILLIAM J. BRINKMANN**
Attorney William J. Brinkmann
Attorneys for The Board of Trustees of
The University of IL
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
PH: (217) 351-1500

Fax: (217) 351-2169
Attorney's e-mail address:  wjbrinkm@tmh-law.com