E-FILED
Tuesday, 29 July, 2014  09:39:32 AM
Clerk, U.S. District Court, ILCD

IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KELLY KATHRENS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 10-CV-2232 |
| UNIVERSITY OF ILLINOIS, and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant have settled the above-entitled cause and all matters related to this lawsuit with each party bearing their own costs and attorney's fees.  The parties request the Court enter an Order of Dismissal with Prejudice of this matter.

/s/ **WILLIAM J. BRINKMANN**
Attorney William J. Brinkmann
Attorney for Defendant, Board of
Trustees of the University of Illinois
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
PH: (217) 351-1500
Fax: (217) 351-2169
Attorney's email address:  wjbrinkm@tmh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, I electronically filed this **Notice of Settlement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip Peak, Frederick & Hagle, Urbana, IL  61801.

/s/ **WILLIAM J. BRINKMANN**
Attorney William J. Brinkmann
Attorney for Defendant, Board of
Trustees of the University of Illinois
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
PH: (217) 351-1500
Fax: (217) 351-2169
Attorney's email address:  wjbrinkm@tmh-law.com